EXHIBIT "D"
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
                                    ) Case No. 07 B 19076
JASON E. MILLER and                 ) Hon. JOHN D. SCHWARTZ
JODY B. MILLER                      ) Chapter 7
              Debtors               )

PROPOSED DISTRIBUTION REPORT

    I, <u>Allan J. DeMars</u>, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution:

<u>SUMMARY OF DISTRIBUTION</u>:
Fees and Expenses  Trustee: $1362.71
                     Attorney:$ 750.00          $   2112.71
Chapter 7 Administrative Expenses:          $_____
Chapter 11 Administrative Expenses:         $_____
Priority Claims (507(a)(3)-(a)(7)):         $_____
Secured Tax Liens:                          $_____
Priority Tax Claims:                        $_____
General Unsecured Claims:                   $   3886.40
Other: <u>Interest on claims</u>                  $_____
Surplus to debtor:                          $_____
  <u>TOTAL AMOUNT TO BE DISTRIBUTED</u>:         $   5999.11

REPORT OF DISTRIBUTION

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $2,112.71 | 100% |

| CLAIM NUMBER | CREDITOR | | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| Allan J. DeMars: | trustee's fees | | $1350.61 | $1350.61 |
| | expenses | | 12.10 | 12.10 |
| | attorney's fees | | 750.00 | 750.00 |
| | | | $2112.71 | $2112.71 |

REPORT OF DISTRIBUTION - CONT'D                               PAGE  2  of  6

| 2.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 3.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(2) -Gap claims arising in involuntary cases and allowed pursuant to 502(f) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 4.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(3) - Wages, salaries or commissions limited to $4,650.00 | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

REPORT OF DISTRIBUTION - CON'T                          PAGE 3 of 6

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(4) - Contributions to Employee Benefit Plans | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,000. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $2,100.00 | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Alimony, Maintenance and Support | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CONT'D                          PAGE 4 of 6

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 724(b) - Tax claims | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(8) - Tax claims excluding fines and penalties | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(9) - Capital Commitments to Federal Depository Institutions | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

Case 07-19076   Doc 21-4   Filed 03/13/08   Entered 03/13/08 10:28:33   Desc Exhibit
D-proposed distribution report    Page 4 of 6

REPORT OF DISTRIBUTION-CON'T                     Page 5 of 6

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $173,541.86 | 2.23945% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | GE Money Bank dba Sams Club | $ 511.46 | $ 11.46 |
| 2 | Discover Bank | 4261.13 | 95.43 |
| 3 | Discover Bank | 4032.55 | 90.31 |
| 4 | Chase Bank USA | 16890.69 | 378.26 |
| 5 | Chase Bank USA | 4480.74 | 100.34 |
| 6 | Chase Bank USA | 796.58 | 17.84 |
| 7 | Chase Bank USA | 9222.03 | 206.52 |
| 8 | Chase Bank USA | 10390.90 | 232.70 |
| 9 | Sallie Mae | 26897.18 | 602.35 |
| 10 | Sallie Mae | 65813.56 | 1473.86 |
| 11 | LVNV Funding LLC, assignee of Citibank | 284.12 | 6.37 |
| 12 | LVNV Funding LLC, assignee of Citibank | 17470.84 | 391.25 |
| 13 | LVNV Funding LLC, assignee of Citiban US Bank | 753.74 | 16.88 |
| 14 | CIT Bank | 11736.34 | 262.83 |
|  |  | $173541.86 | $ 3886.40 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | AMOUNT OF DIVIDEND % |
|---|---|---|
| 726(a)(3) - Late unsecured claims. | $ |  |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ |  |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                              Page 6 of 6

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(5) - Interest | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(6) - Surplus to Debtor | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | $ | |

   WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: February 28, 2008              /s/ Allan J. DeMars
                                            Trustee