UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| JASON E. MILLER and | ) | |
| JODY B. MILLER | ) | CASE NO. 07 B 19076 |
| DEBTOR | ) | |
| | ) | HON. JOHN D. SCHWARTZ |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:  U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 719, Chicago, Illinois 60604

    On: **April 17, 2008**              Time: **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | | |
    |---|---|---|
    | Receipts | $ | 6,006.06 |
    | Disbursements | $ | 6.95 |
    | Net Cash Available for Distribution | $ | 5,999.11 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Allan J. DeMars, trustee | $ None | $1,350.61 | $ 12.10 |
    | Allan J. DeMars, attorney | $ None | $ 750.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | NONE | $ | $ | $ |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00   must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be none.

7. Claims of general unsecured creditors totaling $173,541.86   have been allowed and will be paid *pro rata* only

after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 2.23945%.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | GE Money Bank dba Sams Club | $ 511.46 | $ 11.46 |
| 2 | Discover Bank | 4261.13 | 95.43 |
| 3 | Discover Bank | 4032.55 | 90.31 |
| 4 | Chase Bank USA | 16890.69 | 378.26 |
| 5 | Chase Bank USA | 4480.74 | 100.34 |
| 6 | Chase Bank USA | 796.58 | 17.84 |
| 7 | Chase Bank USA | 9222.03 | 206.52 |
| 8 | Chase Bank USA | 10390.90 | 232.70 |
| 9 | Sallie Mae | 26897.18 | 602.35 |
| 10 | Sallie Mae | 65813.56 | 1473.86 |
| 11 | LVNV Funding LLC, assignee of Citibank | 284.12 | 6.37 |
| 12 | LVNV Funding LLC, assignee of Citibank | 17470.84 | 391.25 |
| 13 | LVNV Funding LLC, assignee of Citiban US Bank | 753.74 | 16.88 |
| 14 | CIT Bank | 11736.34 | 262.83 |
|  |  | $173541.86 | $ 3886.40 |

8. Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following property at the hearing all of which is either subject to liens or has been claimed as exempt by the debtor: checking account:$5,000.00; household furnishings:$1,000.00; wearing apparel:$100.00; jewelry:$2,000.00; pension; 1999 Mazda: $3,000.00; 1996 Chrysler Town & Country: $2,500.00.
SEE TRUSTEE'S EXHIBIT "B" IN FINAL REPORT FOR MORE DETAILS.

Dated: **March 17, 2008**                                          For the Court,


By:     **KENNETH S. GARDNER**
          Kenneth S. Gardner
          Clerk of the U.S. Bankruptcy Court
          219 So. Dearborn Street; 7th Floor
          Chicago, IL 60604

Trustee:    Allan J. DeMars
Address:    100 W. Monroe - Suite 910
            Chicago, IL 60603
Phone No.: (312) 726-3377