UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION
219 S. DEARBORN ST., CHICAGO, IL 60604

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 PROCEEDING |
| JASON E. MILLER and | ) | |
| JODY B. MILLER | ) | CASE NO. 07 B 19076 |
| DEBTOR ) | | |
| | ) | HON. JOHN D. SCHWARTZ |

**NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors and other Parties in Interest:

1.      NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

At:  U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 719, Chicago, Illinois 60604

On: **April 17, 2008**                    Time: **10:00 a.m.**

2.      The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.   ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.      The Trustee's Final Report shows total:

Receipts                                $    6,006.06

Disbursements                           $        6.95

Net Cash Available for Distribution         $    5,999.11

4.      Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Allan J. DeMars, trustee | $ None | $1,350.61 | $   12.10 |
| Allan J. DeMars, attorney | $ None | $ 750.00 | |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| NONE | $ | $ | $ |

6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00   must be paid in full for there to be any dividend to general unsecured creditors.  The priority dividend is anticipated to be none.

7.      Claims of general unsecured creditors totaling $173,541.86  have been allowed and will be paid *pro rata* only

after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 2.23945%.

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | GE Money Bank dba Sams Club | $ 511.46 | $ 11.46 |
| 2 | Discover Bank | 4261.13 | 95.43 |
| 3 | Discover Bank | 4032.55 | 90.31 |
| 4 | Chase Bank USA | 16890.69 | 378.26 |
| 5 | Chase Bank USA | 4480.74 | 100.34 |
| 6 | Chase Bank USA | 796.58 | 17.84 |
| 7 | Chase Bank USA | 9222.03 | 206.52 |
| 8 | Chase Bank USA | 10390.90 | 232.70 |
| 9 | Sallie Mae | 26897.18 | 602.35 |
| 10 | Sallie Mae | 65813.56 | 1473.86 |
| 11 | LVNV Funding LLC, assignee of Citibank | 284.12 | 6.37 |
| 12 | LVNV Funding LLC, assignee of Citibank | 17470.84 | 391.25 |
| 13 | LVNV Funding LLC, assignee of Citiban US Bank | 753.74 | 16.88 |
| 14 | CIT Bank | 11736.34 | 262.83 |
| | | $173541.86 | $ 3886.40 |

8.      Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.      The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor  has  been discharged.

11.     The Trustee proposes to abandon the following property at the hearing all of which is either subject to liens or has been claimed as exempt by the debtor: checking account:$5,000.00; household furnishings:$1,000.00; wearing apparel:$100.00; jewelry:$2,000.00; pension; 1999 Mazda: $3,000.00; 1996 Chrysler Town & Country: $2,500.00.
        SEE TRUSTEE'S EXHIBIT "B"  IN FINAL REPORT FOR MORE DETAILS.

Dated:   **March 17, 2008**                                    For the Court,


                                    By:     **KENNETH S. GARDNER**
                                            Kenneth S. Gardner
                                            Clerk of the U.S. Bankruptcy Court
                                            219 So. Dearborn Street; 7th Floor
                                            Chicago, IL 60604

Trustee:      Allan J. DeMars
Address:      100 W. Monroe - Suite 910
              Chicago, IL 60603
Phone No.: (312) 726-3377

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1          User: amcc7              Page 1 of 1              Date Rcvd: Mar 17, 2008
Case: 07-19076               Form ID: pdf002          Total Served: 21

The following entities were served by first class mail on Mar 19, 2008.
db          +Jason E. Miller,   6655 N. Washtenaw Ave.,   Chicago, IL 60645-5003
jdb         +Jody B. Miller,   6655 N. Washtenaw Ave.,   Chicago, IL 60645-5003
aty         +Bradley S Covey,   Springer, Brown,Covey, Gaertner & Davis,   232 S Batavia Ave,
              Batavia, IL 60510-3169
tr          +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
11681552    +Bank of America,   PO Box 17054,   Wilmington, DE 19884-0001
11681558    +CIT,   PO Box 24610,   Oklahoma City, OK 73124-0610
11934435    +CIT Bank,   c/o Sharon L. Stolte,   12 Corporate Woods,   10975 Benson, Ste. 550,
              Overland Park, KS 66210-2132
11681553    +Chase,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
11798339     Chase Bank USA,   c o Weinstein and Riley, PS,   po box 3978,   seattle, WA 98124-3978
11681559    +Citibank,   PO Box 6241,   Sioux Falls, SD 57117-6241
11681561    +Citibank,   701 E. 60th Street North,   Sioux Falls, SD 57104-0493
11681565    +Geico Mastercard,   10705 Jordan GTW Suite 200,   South Jordan, UT 84095-3977
11681566    +Macys Visa,   9111 Duke Blvd.,   Mason, OH 45040-8999
11780596    +Recovery Management Systems Corporation,   For GE Money Bank,   dba SAM'S CLUB,
              25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
11878216    +Sallie Mae,   c/o Sallie Mae, Inc.,   220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
11681567    +Sallie Mae Servicing,   1002 Arthur Drive,   Lynn Haven, FL 32444-1683
11681568    +Sams Club,   PO Box 981064,   El Paso, TX 79998-1064
11681569    +Sears,   PO Box 6189,   Sioux Falls, SD 57117-6189

The following entities were served by electronic transmission on Mar 18, 2008.
11681563     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 18 2008 05:46:49     Discover,   PO Box 15316,
              Wilmington, DE 19850
11787645     E-mail/PDF: mrdiscen@discoverfinancial.com Mar 18 2008 05:46:49
              Discover Bank/DFS Services LLC,   PO Box 3025,   New Albany OH 43054-3025
11894522     E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,   assignee of Citibank,
              Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
                                                                                      TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11681570     Youbert Younan
aty*        +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
11681554*   +Chase,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
11681555*   +Chase,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
11681556*   +Chase,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
11681557*   +Chase,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
11681560*   +Citibank,   PO Box 6241,   Sioux Falls, SD 57117-6241
11681562*   +Citibank,   701 E. 60th Street North,   Sioux Falls, SD 57104-0493
11681564*   ++DISCOVER FINANCIAL SERVICES LLC,   PO BOX 3025,   NEW ALBANY OH 43054-3025
             (address filed with court:  Discover,   PO Box 15316,   Wilmington, DE 19850)
11878290*   +Sallie Mae,   c/o Sallie Mae Inc.,   220 Lasley Ave,   Wilkes-Barre, PA 18706-1496
                                                                            TOTALS: 1, * 9

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 19, 2008**                  **Signature:**   *Joseph Speetjens*