UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| JASON E.MILLER and | ) | Hon. JOHN D. SCHWARTZ |
| JODY B. MILLER | ) | |
| | ) | Case No.  07 B 19076 |
| | ) | |

**Trustee's Final Account
and
<u>Application to Close Case and Discharge Trustee</u>**

To:   The Honorable JOHN D. SCHWARTZ
      United States Bankruptcy Judge

  Final distributions of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, copies of which are attached hereto as Group Exhibit A.

  All checks have been cashed.  Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

  The Trustee certifies that the estate has been fully administered and requests that he be discharged and that the case be closed pursuant to 11 U.S.C. §350.

Dated: <u>5/8/08</u>                                             <u>    /s/ Allan J. DeMars            </u>
                                                                              Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                    )
                                          ) Case No. 07 B 19076
JASON E. MILLER and                       ) Hon. JOHN D. SCHWARTZ
JODY B. MILLER                            ) Chapter 7
                Debtors                   )

ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:
1. Trustee's compensation                 $ 1,350.61
   Allan J. DeMars
2. Trustee's expenses                     $    12.10
   Allan J. DeMars
                              TOTAL       $ 1,362.71

IT IS FURTHER ORDERED that the requests for final compensation and expenses are allowed as follows:
1. Attorney for the Trustee
   a. Compensation                        $   750.00
      Allan J. DeMars
   b. Expenses                            $

2. Accountant for the Trustee
   a. Compensation                        $

   b. Expenses                            $

3. Other professional
   (list each professional separately)

                              Total       $   750.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 17th day of April, 2008

ENTERED
APR 1 7 2008

Enter: _____
              Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 07 B 19076 |
| JASON E. MILLER and | ) Hon. JOHN D. SCHWARTZ |
| JODY B. MILLER | ) Chapter 7 |
| Debtors | ) |

DISTRIBUTION REPORT

I, <u>Allan J. DeMars</u>, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I am making the following distribution:

SUMMARY OF DISTRIBUTION:

| | | |
|---|---|---|
| Fees and Expenses  Trustee: $1362.71 | | |
| Attorney:$ 750.00 | $ | 2112.71 |
| Chapter 7 Administrative Expenses: | $ | |
| Chapter 11 Administrative Expenses: | $ | |
| Priority Claims (507(a)(3)-(a)(7)): | $ | |
| Secured Tax Liens: | $ | |
| Priority Tax Claims: | $ | |
| General Unsecured Claims: | $ | 3892.06 |
| Other: Interest on claims | $ | |
| Surplus to debtor: | $ | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ | 6004.77 |

REPORT OF DISTRIBUTION

| 1.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $2,112.71 | 100% |

| CLAIM NUMBER | CREDITOR | | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|---|
| Allan J. DeMars: | trustee's fees | | $1350.61 | $1350.61 |
| | expenses | | 12.10 | 12.10 |
| | attorney's fees | | 750.00 | 750.00 |
| | | | $2112.71 | $2112.71 |

REPORT OF DISTRIBUTION - CONT'D                              PAGE 2 of 6

| 2.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a) & (b) and 507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 3.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(2) -Gap claims arising in involuntary cases and allowed pursuant to 502(f) | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 4.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(3) - Wages, salaries or commissions limited to $4,650.00 | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CON'T                          PAGE 3 of 6

| 5.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(4) - Contributions to Employee Benefit Plans | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 6.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,000. | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 7.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $2,100.00 | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 8.   TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 507(a)(7) - Alimony, Maintenance and Support | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION - CONT'D                              PAGE 4 of 6

|  | TOTAL | FINAL |
|---|---|---|
| 9.  TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 724(b) - Tax claims | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

|  | TOTAL | FINAL |
|---|---|---|
| 10.  TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 507(a)(8) - Tax claims excluding fines and penalties | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

|  | TOTAL | FINAL |
|---|---|---|
| 11.  TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND % |
| 507(a)(9) - Capital Commitments to Federal Depository Institutions | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                               Page 5 of 6

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $173,541.86 | 2.24272% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 1 | GE Money Bank dba Sams Club | $ 511.46 | $ 11.47 |
| 2 | Discover Bank | 4261.13 | 95.57 |
| 3 | Discover Bank | 4032.55 | 90.44 |
| 4 | Chase Bank USA | 16890.69 | 378.81 |
| 5 | Chase Bank USA | 4480.74 | 100.49 |
| 6 | Chase Bank USA | 796.58 | 17.87 |
| 7 | Chase Bank USA | 9222.03 | 206.82 |
| 8 | Chase Bank USA | 10390.90 | 233.04 |
| 9 | Sallie Mae | 26897.18 | 603.23 |
| 10 | Sallie Mae | 65813.56 | 1476.02 |
| 11 | LVNV Funding LLC, assignee of Citibank | 284.12 | 6.37 |
| 12 | LVNV Funding LLC, assignee of Citibank | 17470.84 | 391.82 |
| 13 | LVNV Funding LLC, assignee of Citiban US Bank | 753.74 | 16.90 |
| 14 | CIT Bank | 11736.34 | 263.21 |
|  |  | $173541.86 | $ 3892.06 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | AMOUNT OF DIVIDEND % |
|---|---|---|
| 726(a)(3) - Late unsecured claims. | $ |  |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(4) - Fines/penalties | $ |  |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

REPORT OF DISTRIBUTION-CON'T                          Page 6 of 6

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(5) - Interest | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| 726(a)(6) - Surplus to Debtor | $ | |

| CLAIM NUMBER | CREDITOR | AMOUNT ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | | $ | |

     WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: April 17, 2008                    /s/ Allan J. DeMars
                                             Trustee

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 07-19076  
Case Name: JASON E. and JODY B. MILLER  
Taxpayer ID#: 32-6063285  
For Period Ending: 12/31/08  

Trustee's Name: Allan J. DeMars  
Bank Name: LaSalle Bank  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable):  
Money Market #: 8604063662  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 12/21/07 | Ref 8 | from debtors | repayment of preferences | 1241-000 | 500.00 | | 500.00 |
| 12/21/07 | Ref 8 | from debtors | repayment of preferences | 1241-000 | 500.00 | | 1,000.00 |
| 12/21/07 | Ref 8 | from debtors | repayment of preferences | 1241-000 | 500.00 | | 1,500.00 |
| 12/21/07 | Ref 8 | from debtors | repayment of preferences | 1241-000 | 300.00 | | 1,800.00 |
| 12/21/07 | Ref 8 | from debtors | repayment of preferences | 1241-000 | 500.00 | | 2,300.00 |
| 12/21/07 | Ref 8 | from debtors | repayment of preferences | 1241-000 | 2,200.00 | | 4,500.00 |
| 12/21/07 | Ref 8 | from debtors | repayment of preferences | 1241-000 | 1,000.00 | | 5,500.00 |
| 12/21/07 | Ref 8 | from debtors | repayment of preferences | 1241-000 | 500.00 | | 6,000.00 |
| 12/31/07 | Ref 9 | LaSalle Bank | interest on invested funds | 1270-000 | 1.19 | | 6,001.19 |
| BALANCE CARRIED FORWARD | | | | | | | 6,001.19 |
| 1/31/08 | Ref 9 | LaSalle Bank | interest on invested funds | 1270-000 | 4.87 | | 6,006.06 |
| 2/8/08 | Check 1001 | International Sureties, Ltd. | bond premium | 2300-000 | | 6.95 | 5,999.11 |
| 2/29/08 | Ref 9 | LaSalle Bank | interest on invested funds | 1270-000 | 2.38 | | 6,001.49 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 3/31/08 | Ref 9 | LaSalle Bank | interest on invested funds | 1270-000 | 2.54 | | 6,004.03 |
| 4/10/08 | Ref 9 | LaSalle Bank | interest on invested funds | 1270-000 | 0.74 | | 6,004.77 |
| 4/17/08 | Check 1002 | Allan J. DeMars | trustee's fees | 2100-000 | | 1,350.61 | 4,654.16 |
| 4/17/08 | Check 1003 | Allan J. DeMars | reimbursement of costs | 2200-000 | | 12.10 | 4,642.06 |
| 4/17/08 | Check 1004 | Allan J. DeMars | attorney's fees | 3110-000 | | 750.00 | 3,892.06 |
| 4/17/08 | Check 1005 | GE Money Bank dba Sams Club | 726(a)(2); 2.24272% | 7100-900 | | 11.47 | 3,880.59 |
| 4/17/08 | Check 1006 | Discover Bank | 726(a)(2); 2.24272 | 7100-900 | | 95.57 | 3,785.02 |
| 4/17/08 | Check 1007 | Discover Bank | 726(a)(2); 2.24272 | 7100-900 | | 90.44 | 3,694.58 |
| 4/17/08 | Check 1008 | Chase Bank USA | 726(a)(2); 2.24272 | 7100-900 | | 378.81 | 3,315.77 |
| 4/17/08 | Check 1009 | Chase Bank USA | 726(a)(2); 2.24272 | 7100-900 | | 100.49 | 3,215.28 |
| 4/17/08 | Check 1010 | Chase Bank USA | 726(a)(2); 2.24272 | 7100-900 | | 17.87 | 3,197.41 |
| 4/17/08 | Check 1011 | Chase Bank USA | 726(a)(2); 2.24272 | 7100-900 | | 206.82 | 2,990.59 |
| 4/17/08 | Check 1012 | Chase Bank USA | 726(a)(2); 2.24272% | 7100-900 | | 233.04 | 2,757.55 |
| 4/17/08 | Check 1013 | Sallie Mae | 726(a)(2); 2.24272 | 7100-000 | | 603.23 | 2,154.32 |
| 4/17/08 | Check 1014 | Sallie Mae | 726(a)(2); 2.24272 | 7100-000 | | 1,476.02 | 678.30 |
| 4/17/08 | Check 1015 | LVNV Funding LLC, assignee of Citibank | 726(a)(2); 2.24272 | 7100-900 | | 6.37 | 671.93 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Money Market Balance |
| 4/17/08 | Check 1016 | LVNV Funding LLC, assignee of Citibank | 726(a)(2); 2.24272 | 7100-900 | | 391.82 | 280.11 |
| 4/17/08 | Check 1017 | LVNV Funding LLC, assignee of Citibank | 726(a)(2); 2.24272 | 7100-900 | | 16.90 | 263.21 |
| 4/17/08 | Check 1018 | CIT Bank | 726(a)(2); 2.24272 | 7100-000 | | 263.21 | 0.00 |

```
                                            COLUMN TOTALS      6,011.72      6,011.72         0.00
                           Less: Bank transfers/CD
                            Subtotal
                           Less: Payments to debtor(s)
                           Net                                  6,011.72      6,011.72         0.00

                                                                                NET
TOTAL - ALL ACCOUNTS                              NET  DEPOSITS   DISBURSEMENTS       BALANCES
Checking#
Money Market #8604063662                              6,011.72      6,011.72         0.00
Savings #
CD #CDI
Net                                                   6,011.72      6,011.72         0.00
                                                   Excludes account  Excludes payments  Total Funds
                                                       transfers        to debtor        on Hand
```