UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| JASON E. MILLER and | ) | CASE NO. 07 B 19076 |
| JODY B. MILLER | ) | |
| | ) | |
| DEBTOR(S). | ) | JUDGE JOHN D. SCHWARTZ |
| | ) | |

**NOTICE OF FILING OF U.S. TRUSTEE'S**
**MEMORANDUM OF REVIEW OF TRUSTEE'S FINAL ACCOUNT**

**To:    Allan J. DeMars, Esq.**
**Spiegel & DeMars**
**100 West Monroe Street**
**Suite 910**
**Chicago, IL 60603**
**Registrant's e-mail: AllanD1023@aol.com**

**Please Take Notice** that on **May 14, 2008**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Memorandum of Review of the Trustee's Final Account, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Account and Application to Close Case and Discharge the Trustee in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's certification that the estate has been fully administered and is ready to close.

                                              WILLIAM T. NEARY
                                              UNITED STATES TRUSTEE


DATED: May 14, 2008                  BY: /s/ Roman L. Sukley
                                              Roman L. Sukley, Attorney
                                              Attorney Id. # 03122172
                                              OFFICE OF THE U.S. TRUSTEE
                                              227 WEST MONROE, SUITE 3350
                                              CHICAGO, ILLINOIS  60606
                                              (312) 886-3324


**CERTIFICATE OF SERVICE**

I, Roman L. Sukley, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Memorandum of Review of Trustee's Final Account was accomplished through the Court's Electronic Notice for Registrants on May 14, 2008.

                                              /s/ Roman L. Sukley